**United States Bankruptcy Court**
**Eastern District of Virginia**
**Alexandria Division**

**In re:**

**Gary Michael Pittman,**                                         Case No. 21-12044-KHK

    **Debtor.**                                                              Chapter 11

### Order of Dismissal with Prejudice to Refiling for One Year

This matter came before the Court on the motion of the Acting United States Trustee to dismiss this case with prejudice. Docket No. 52.

It appearing to the Court that:

(a) cause exists to grant the motion;

(b) the Debtor consents to the dismissal of his case;

(c) no answer or response was filed to the motion;

(d) the best interests of the creditors and the estate is for this case to be dismissed with prejudice;

(e) there is no identifiable circumstances establishing that dismissal of this case is not in the best interests of the creditors and the estate.

Now, therefore, it is hereby ordered:

1. This case is dismissed with prejudice.

2. The prejudice is that the Debtor may not file a petition for relief under the Bankruptcy Code, Title 28 U.S.C. Section 101 *et. seq.*, for a period of one year from the entry of this order.

John P. Fitzgerald, III
Acting United States Trustee
For Region 4
Jack Frankel, Attorney, VSB # 15019
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7229
Email: jack.i.frankel@usdoj.gov

3. The hearing scheduled for June 21, 2022, on this matter is removed from the docket.

4. The clerk shall mail a copy of this order to the parties listed below.

Jun 16 2022

/s/ Klinette H Kindred
KLINETTE H. KINDRED
BANKRUPTCY JUDGE

Entered On Docket:  June 16, 2022

John P. Fitzgerald, III
Acting United States Trustee
For Region 4

/s/  Jack Frankel
Jack Frankel, Attorney
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7229
Email: jack.i.frankel@usdoj.gov

Seen and Agreed:

/s/ Nathan A. Fisher (by permission, no original)
Nathan A. Fisher, Esq.
Fisher-Sandler, LLC
*Attorney for Debtor*
3977 Chain Bridge Road, #2
Fairfax, VA 22030
(703) 691-1642
Email: Fbarsad@cs.com

**Certificate of Service**

I hereby certify that on the 15th day of June, 2022, I e-mailed a copy of this proposed order to the Debtor's attorney at his e-mail address listed above.

/s/  Jack Frankel